UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES SCHUSTER,

    Plaintiff,

v.                                          CASE NO.:   8:19-cv-01654-WFJ-AAS

TWILIO, INC.,

    Defendant.

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** James Schuster, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, James Schuster, and Defendant, Twilio, Inc., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this September 03, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

                    Respectfully submitted,

                    */s/ William "Billy" Peerce Howard, Esq.*
                    William "Billy" Peerce Howard, Esq.
                    Florida Bar No.: 0103330
                    Billy@TheConsumerProtectionFirm.com
                    The Consumer Protection Firm
                    4030 Henderson Boulevard
                    Tampa, FL 33629
                    Telephone: (813) 500-1500
                    Facsimile: (813) 435-2369
                    Attorney for Plaintiff