# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

-------------------------------------------------------------------x

JAMES SCHUSTER,

                    Plaintiff,

      -against-

TWILIO INC.,

                Defendant.

-------------------------------------------------------------------x

Case No. 8:19-cv-01654-WFJ-AAS

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff James Schuster and Twilio, Inc. hereby agree to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1(ii).

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 29, 2019

Respectfully Submitted:

*/s/ William "Billy" Howard, Esq.*
William "Billy" Peerce Howard, Esq.
Florida Bar No.: 0103330
Billy@TheConsumerProtectionFirm.com
The Consumer Protection Firm
4030 Henderson Boulevard
Tampa, FL 33629
Telephone: (813) 500-1500
Facsimile: (813) 435-2369

*Attorney for Plaintiff*

/s/*Christopher Lomax*
Christopher M. Lomax
Florida Bar No. 56220
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 714-9700
Facsimile: (305) 714-9799 Email:
clomax@jonesday.com

*Counsel for Defendant Twilio Inc.*